# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. *6:21-PO-00150-HBK* |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| Shawn M. Brokemond | ) | |
| Defendant. | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**         *36 CFR 2.17(a)(3)*

**Sentence Date:**        August 13, 2024

**Review Hearing Date:** June 17, 2025

**Probation Expires On:** August 12, 2025

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $260 which Total Amount is made up of a Fine: $ 250 Special Assessment: $  10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Booking with the US Marshall Service

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### Otherwise:

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                                                           Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT'S POSITION:**

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at      Choose an item.

　　☐ be continued to Click here to enter a date. at 10:00 a.m.; or

　　☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived; or

☒ that Defendant's appearance for the review be virtual.

DATED: 6/2/2025

_____
DEFENDANT'S COUNSEL

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

_____
**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge

CAED (Fresno)- Misd. 6 (Rev. 11/2014)